## TRANSMITTAL FORM

**TO:**    **U.S. DISTRICT COURT, DISTRICT OF NEVADA**
**400 SOUTH VIRGINIA STREET, RENO, NV. 89501**

**U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA,**
**JACKSONVILLE DIVISION**
**300 N. HOGAN ST., #3-350, JACKSONVILLE, FLORIDA 32202**

**FROM:**    **U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**
**(RENO)**
**300 BOOTH ST., RENO, N.V. 89509**


**CASE NAME:** E-Z Pay Services

**BANKRUPTCY NO.:** BK 06-50567

**US DISTRICT COURT CASE NO.:**  3:06-cv-00488-LRH-VPC

**APPEAL NO.:** 06-11

**BANKRUPTCY JUDGE:** Gregg W. Zive

**DATE NOTICE OF APPEAL FILED:** 9/1/06


The above bankruptcy case, E-Z Pay Services BK 06-50567, was transferred to the U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division, per order entered by Judge Gregg W. Zive on 9/27/06.

A certified copy of the order transferring the case to U. S. Bankruptcy Court, Middle District of Florida and a copy of the U.S. District Court District of Nevada (Reno) docket sheet on Civil Case #3:06-cv-00388-LRH-VPC is attached to this transmittal.


DATE OF TRANSMITTAL: 10/12/06

Deputy Clerk

U.S. Bankruptcy Court
300 Booth Street
Reno, NV. 89509

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00488-LRH-VPC

E-Z Pay Services v. Alternative Debt Portfolio's                    Date Filed: 09/07/2006
Assigned to: Judge Larry R. Hicks                                  Jury Demand: None
Referred to: Magistrate Judge Valerie P. Cooke                     Nature of Suit: 422 Bankruptcy Appeal
Cause: 11:101 Bankruptcy                                           (801)
                                                                   Jurisdiction: U.S. Government Plaintiff

**Appellant**

**E-Z Pay Services**                      represented by   **Jeffrey L. Hartman**

                                                           510 W Plumb Lane
                                                           Suite B
                                                           Reno, NV 89509-
                                                           775-324-2800
                                                           Fax: 775-324-1818
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Alternative Debt Portfolio's**          represented by   **Amy N Tirre**

                                                           Kummer Kaempfer Bonner Renshaw &
                                                           Ferrario
                                                           5585 Kietzke Lane
                                                           Reno, NV 89511
                                                           775-852-3900
                                                           Fax: 775-852-3982
                                                           Email: atirre@kkbrf.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Debtor-in-Possess**

**E-Z-Pay Services**                      represented by   **Jeffrey L. Hartman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2006 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT, Bankruptcy Court case number BK-N-06-50567,, filed by E-Z Pay Services. Certificate of Interested Parties due by 9/17/2006.(WJ, ) (Entered: 09/11/2006) |
| 09/08/2006 | | Case assigned to Judge Larry R. Hicks and Valerie P. Cooke. (BLG) (Entered: 09/08/2006) |
| 09/11/2006 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Larry R. Hicks, U.S. District Judge on 9/11/2006. IT IS ORDERED that the designation of reporters and recorders transcripts (if any) as required by LR 8006(b), shall be filed with the clerk of bankruptcy court so the certificate of record on appeal may be transmitted timely to the district court. If the designation was previously filed with the clerk of BAP, counsel shall file a copy of the same with the clerk of bankruptcy court. IT IS FURTHER ORDERED that all future documents filed in connection with this appeal shall bear the bankruptcy case number, adversary case number (if any) and the district court civil case number. (WJ, ) (Entered: 09/11/2006) |

### PACER Service Center
#### Transaction Receipt
10/12/2006 09:10:58

| PACER Login: | us6634 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:06-cv-00488-LRH-VPC |
| Billable Pages: | 1 | Cost: | 0.08 |

**Entered on Docket**
**September 27, 2006**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

7  GRAY ROBINSON, P.A.
   JASON B. BURNETT (Fla. Bar No 822633)
8  50 North Laura Street, Suite 1675
   Jacksonville, Florida 32202
9  Telephone: (904) 598-9929
   Facsimile (904) 598-9109
10 E-mail: jburnett@gray-robinson.com

11 CECILIA L. ROSENAUER, LTD.
   CECILIA L. ROSENAUER, ESQ.
12 NEVADA BAR #3344
   510 West Plumb Lane, Suite A
13 Reno, Nevada 89509
   Telephone: (775) 324-1011
14 Telefax: (775) 324-6616
   E-mail: crosenauer@callatg.com
15
   Attorneys for Robert Altman, Chapter 7 Trustee
16

17            UNITED STATES BANKRUPTCY COURT

18                   DISTRICT OF NEVADA

19

20 In re:                          Case No. BK-N-06-50567-GWZ
                                    Chapter 11
21
22 E-Z PAY SERVICES, INC.,          **ORDER DENYING CHAPTER 11**
                                     **TRUSTEE'S EMERGENCY MOTION**
23        Debtor.                    **PURSUANT TO RULE 1014(b) FOR**
                                     **ORDER RETAINING CASE IN NEVADA**
24                                   **COURT AND GRANTING COUNTER-**
                                     **MOTION FOR TRANSFER OF VENUE**
25                                   **TO FLORIDA**

26                                   Hearing Date: 9-11-06
                                     Hearing Time: 3:00 p.m.
27 _____/

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

1    This matter came before the court on the Chapter 11 Trustee's Emergency Motion

2    Pursuant to Rule 1014(b) for Order Retaining Case in Nevada Court (the "Rule 1014(b)

3    Motion"), and Robert Altman's Opposition to the Motion, which the court had previously

4    held it would deem a counter-motion to transfer venue (the "Counter-motion"). Jeffrey L.

5    Hartman, Esq. appeared on behalf of E-Z Pay Services, Inc. Cecilia L. Rosenauer, Esq. and

6    Jason Burnett, Esq. appeared on behalf of Robert Altman, Chapter 7 Trustee in the Chapter

7    7 case styled *In re: EZ Pay Services, Inc., et al.*, case number 3:06-bk-02474-JAF, who was

8    also present in court. Kaaren Thomas, Esq. and Peter Franklin, Esq. appeared on behalf of

9    Chapter 11 Trustee Steven S. Turoff. Amy Tirre, Esq. appeared on behalf of ADP. Jennifer

10   Smith, Esq., Jeffrey Cook, Esq., Shannon Welsh, Esq. and Jim Fisher, Esq. appeared on

11   behalf of seventeen dentists. Barry Breslow, Esq. appeared on behalf of Debra Distler. Jan

12   Chubb, Esq. appeared on behalf of the petitioning creditors. William Cossitt, Esq. appeared

13   on behalf of the office of the United States Trustee. Steven Guelf, DDS, appeared on his own

14   behalf.

15       Based on the foregoing and the Findings of Fact and Conclusions of Law in Support

16   of Order Denying Chapter 11 Trustee's Emergency Motion Pursuant to Rule 1014(b) for

17   Order Retaining Case in Nevada Court and Granting Counter-motion for Transfer of Venue

18   to Florida, and for good cause appearing,

19       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is

20   DENIED.

21       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Counter-

22   motion is GRANTED.

23       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this involuntary

24   chapter 11 bankruptcy case will be transferred to the United States Bankruptcy Court for the

25   Middle District of Florida for further administration.

26       IT IS FINALLY ORDERED that all pending hearings in this case are vacated.

27

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

28

1   Submitted by:

2

3   *[signature]*
    CECILIA L. ROSENAUER

4

5   APPROVED/DISAPPROVED

6

7   _____
    JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11  _____
    KAAREN THOMAS, ESQ.

12  APPROVED/DISAPPROVED

13

14  _____
    JENNIFER SMITH, ESQ.

15  APPROVED/DISAPPROVED

16

17  _____
    JAN CHUBB, ESQ.

18  APPROVED/DISAPPROVED

19

20  _____
    BARRY BRESLOW, ESQ.

21  APPROVED/DISAPPROVED

22

23  _____
    WILLIAM COSSITT, ESQ.

24  APPROVED/DISAPPROVED

25

26  _____
    AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER, LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1    Submitted by:

2

3    _CECILIA L. ROSENAUER_

4

5    APPROVED/DISAPPROVED

6

7    JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17   JAN CHUBB, ESQ.

18   APPROVED/DISAPPROVED

19

20   BARRY BRESLOW, ESQ.

21   APPROVED/DISAPPROVED

22

23   WILLIAM COSSITT, ESQ.

24   APPROVED/DISAPPROVED

25

26   AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1 | Submitted by:

2

3 | _Cecilia L. Rosenauer_
CECILIA L. ROSENAUER

4

5 | APPROVED/DISAPPROVED

6

7 | JEFFREY L. HARTMAN, ESQ.

8

9 | APPROVED/DISAPPROVED

10

11 | KAAREN THOMAS, ESQ.

12 | APPROVED/DISAPPROVED

13

14 | JENNIFER SMITH, ESQ.

15

16 | APPROVED/DISAPPROVED

17

18 | IAN CHUBB, ESQ.

19 | APPROVED/DISAPPROVED

20 |

21 | BARRY BRESLOW, ESQ.

22 | APPROVED/DISAPPROVED

23

24 | WILLIAM COSSITT, ESQ.

25 | APPROVED/DISAPPROVED

26

27 | AMY TIRRE, ESQ.

28

CECILIA L ROSENAUER
LTD
510 WEST PLUMB LANE
SUITE A
RENO NEVADA 89509
(775) 324 1011

3

1   Submitted by:

2

3   _Cecilia L. Rosenauer_
    CECILIA L. ROSENAUER

4

5   APPROVED/DISAPPROVED

6

7   _____
    JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11  _____
    KAAREN THOMAS, ESQ.

12  APPROVED/DISAPPROVED

13  _Jennifer Smith_

14  JENNIFER SMITH, ESQ.

15  APPROVED/DISAPPROVED

16

17  _____
    JAN CHUBB, ESQ.

18  APPROVED/DISAPPROVED

19

20  _____
    BARRY BRESLOW, ESQ.

21  APPROVED/DISAPPROVED

22

23  _____
    WILLIAM COSSITT, ESQ.

24  APPROVED/DISAPPROVED

25

26  _____
    AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1    Submitted by:

2

3    *[signature]*

   CECILIA L. ROSENAUER

4

5    APPROVED/DISAPPROVED

6

7    JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10

11    KAAREN THOMAS, ESQ.

12    APPROVED/DISAPPROVED

13

14    JENNIFER SMITH, ESQ.

15    APPROVED/DISAPPROVED

16

17    *[signature]*

   JAN CHUBB, ESQ.

18    APPROVED/DISAPPROVED

19

20    BARRY BRESLOW, ESQ.

21    APPROVED/DISAPPROVED

22

23    WILLIAM COSSITT, ESQ.

24    APPROVED/DISAPPROVED

25

26    AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1    Submitted by:

2

3    _Cecilia L. Rosenauer_ (signature)

     CECILIA L. ROSENAUER
4

5    APPROVED/DISAPPROVED

6

7    JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17

     JAN CHUBB, ESQ.
18   (APPROVED)/DISAPPROVED

19

20   _(signature)_

     BARRY BRESLOW, ESQ.
21
     APPROVED/DISAPPROVED
22

23

     WILLIAM COSSITT, ESQ.
24
     APPROVED/DISAPPROVED
25

26

     AMY TIRRE, ESQ.
27

28

CECILIA L. ROSENAUER,
LTD
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1    Submitted by:

2

3    *Cecilia L. Rosenauer* (signature)

     CECILIA L. ROSENAUER

4

5    APPROVED/DISAPPROVED

6

7    JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17   JAN CHUBB, ESQ.

18   APPROVED/DISAPPROVED

19

20   BARRY BRESLOW, ESQ.

21   APPROVED/DISAPPROVED

22

23   *(signature)*

     WILLIAM COSSITT, ESQ.

24   APPROVED/DISAPPROVED

25

26   AMY TIRRE, ESQ.

27

28   CECILIA L. ROSENAUER,
     LTD.
     610 WEST PLUMB LANE
     SUITE A
     RENO, NEVADA 89509
     (775) 324-1011

3

Submitted by:

_Cecilia L. Rosenauer_
CECILIA L. ROSENAUER

APPROVED/DISAPPROVED

_____
JEFFREY L. HARTMAN, ESQ.

APPROVED/DISAPPROVED

_____
KAAREN THOMAS, ESQ.

APPROVED/DISAPPROVED

_____
JENNIFER SMITH, ESQ.

APPROVED/DISAPPROVED

_____
JAN CHUBB, ESQ.

APPROVED/DISAPPROVED

_____
BARRY BRESLOW, ESQ.

APPROVED/DISAPPROVED

_____
WILLIAM COSSITT, ESQ.

APPROVED/DISAPPROVED

_____
AMY TIRRE, ESQ.

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

I certify that this is a true copy:

_____
Deputy Clerk, Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA