## TRANSMITTAL FORM

**TO:**     **U.S. DISTRICT COURT, DISTRICT OF NEVADA**
**400 SOUTH VIRGINIA STREET, RENO, NV. 89501**

**U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
**300 N. HOGAN ST., #3-350, JACKSONVILLE, FLORIDA 32202**

**FROM:**   **U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA (RENO)**
**300 BOOTH ST., RENO, N.V. 89509**

**CASE NAME:** E-Z Pay Services

**BANKRUPTCY NO.:** BK 06-50567

**US DISTRICT COURT CASE NO.:**  3:06-cv-00488-LRH-VPC

**APPEAL NO.:** 06-11

**BANKRUPTCY JUDGE:** Gregg W. Zive

**DATE NOTICE OF APPEAL FILED:** 9/1/06

The above bankruptcy case, E-Z Pay Services BK 06-50567, was transferred to the U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division, per order entered by Judge Gregg W. Zive on 9/27/06.

A certified copy of the order transferring the case to U. S. Bankruptcy Court, Middle District of Florida and a copy of the U.S. District Court District of Nevada (Reno) docket sheet on Civil Case #3:06-cv-00388-LRH-VPC is attached to this transmittal.

DATE OF TRANSMITTAL: 10/12/06

Deputy Clerk

U.S. Bankruptcy Court
300 Booth Street
Reno, NV. 89509

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00488-LRH-VPC

| | |
|---|---|
| E-Z Pay Services v. Alternative Debt Portfolio's | Date Filed: 09/07/2006 |
| Assigned to: Judge Larry R. Hicks | Jury Demand: None |
| Referred to: Magistrate Judge Valerie P. Cooke | Nature of Suit: 422 Bankruptcy Appeal |
| Cause: 11:101 Bankruptcy | (801) |
| | Jurisdiction: U.S. Government Plaintiff |

**Appellant**

**E-Z Pay Services**                  represented by  **Jeffrey L. Hartman**

.
510 W Plumb Lane
Suite B
Reno, NV 89509-
775-324-2800
Fax: 775-324-1818
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Alternative Debt Portfolio's**      represented by  **Amy N Tirre**

.
Kummer Kaempfer Bonner Renshaw &
Ferrario
5585 Kietzke Lane
Reno, NV 89511
775-852-3900
Fax: 775-852-3982
Email: atirre@kkbrf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor-in-Possess**

**E-Z-Pay Services**            represented by  **Jeffrey L. Hartman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2006 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT, Bankruptcy Court case number BK-N-06-50567,, filed by E-Z Pay Services. Certificate of Interested Parties due by 9/17/2006.(WJ, ) (Entered: 09/11/2006) |
| 09/08/2006 | | Case assigned to Judge Larry R. Hicks and Valerie P. Cooke. (BLG) (Entered: 09/08/2006) |
| 09/11/2006 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Larry R. Hicks, U.S. District Judge on 9/11/2006. IT IS ORDERED that the designation of reporters and recorders transcripts (if any) as required by LR 8006(b), shall be filed with the clerk of bankruptcy court so the certificate of record on appeal may be transmitted timely to the district court. If the designation was previously filed with the clerk of BAP, counsel shall file a copy of the same with the clerk of bankruptcy court. IT IS FURTHER ORDERED that all future documents filed in connection with this appeal shall bear the bankruptcy case number, adversary case number (if any) and the district court civil case number. (WJ, ) (Entered: 09/11/2006) |

### PACER Service Center

#### Transaction Receipt

10/12/2006 09:10:58

| PACER Login: | us6634 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:06-cv-00488-LRH-VPC |
| Billable Pages: | 1 | Cost: | 0.08 |



1
2
3
4
5

**Entered on Docket**
**September 27, 2006**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

6

7   GRAY ROBINSON, P.A.
    JASON B. BURNETT (Fla. Bar No 822633)
8   50 North Laura Street, Suite 1675
    Jacksonville, Florida  32202
9   Telephone: (904) 598-9929
    Facsimile (904) 598-9109
10  E-mail: jburnett@gray-robinson.com

11  CECILIA L. ROSENAUER, LTD.
    CECILIA L. ROSENAUER, ESQ.
12  NEVADA BAR #3344
    510 West Plumb Lane, Suite A
13  Reno, Nevada 89509
    Telephone: (775) 324-1011
14  Telefax: (775) 324-6616
    E-mail: crosenauer@callatg.com
15
    Attorneys for Robert Altman, Chapter 7 Trustee
16

17              UNITED STATES BANKRUPTCY COURT

18                    DISTRICT OF NEVADA

19

20  In re:                          Case No. BK-N-06-50567-GWZ
21                                   Chapter 11

22  E-Z PAY SERVICES, INC.,          **ORDER DENYING CHAPTER 11**
                                     **TRUSTEE'S EMERGENCY MOTION**
23          Debtor.                  **PURSUANT TO RULE 1014(b) FOR**
                                     **ORDER RETAINING CASE IN NEVADA**
24                                   **COURT AND GRANTING COUNTER-**
                                     **MOTION FOR TRANSFER OF VENUE**
25                                   **TO FLORIDA**

26                                   Hearing Date: 9-11-06
                                     Hearing Time: 3:00 p.m.
27  _____/

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

1     This matter came before the court on the Chapter 11 Trustee's Emergency Motion
2 Pursuant to Rule 1014(b) for Order Retaining Case in Nevada Court (the "Rule 1014(b)
3 Motion"), and Robert Altman's Opposition to the Motion, which the court had previously
4 held it would deem a counter-motion to transfer venue (the "Counter-motion"). Jeffrey L.
5 Hartman, Esq. appeared on behalf of E-Z Pay Services, Inc. Cecilia L. Rosenauer, Esq. and
6 Jason Burnett, Esq. appeared on behalf of Robert Altman, Chapter 7 Trustee in the Chapter
7 7 case styled *In re: EZ Pay Services, Inc., et al.*, case number 3:06-bk-02474-JAF, who was
8 also present in court. Kaaren Thomas, Esq. and Peter Franklin, Esq. appeared on behalf of
9 Chapter 11 Trustee Steven S. Turoff. Amy Tirre, Esq. appeared on behalf of ADP. Jennifer
10 Smith, Esq., Jeffrey Cook, Esq., Shannon Welsh, Esq. and Jim Fisher, Esq. appeared on
11 behalf of seventeen dentists. Barry Breslow, Esq. appeared on behalf of Debra Distler. Jan
12 Chubb, Esq. appeared on behalf of the petitioning creditors. William Cossitt, Esq. appeared
13 on behalf of the office of the United States Trustee. Steven Guelf, DDS, appeared on his own
14 behalf.

15     Based on the foregoing and the Findings of Fact and Conclusions of Law in Support
16 of Order Denying Chapter 11 Trustee's Emergency Motion Pursuant to Rule 1014(b) for
17 Order Retaining Case in Nevada Court and Granting Counter-motion for Transfer of Venue
18 to Florida, and for good cause appearing,

19     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is
20 DENIED.

21     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Counter-
22 motion is GRANTED.

23     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this involuntary
24 chapter 11 bankruptcy case will be transferred to the United States Bankruptcy Court for the
25 Middle District of Florida for further administration.

26     IT IS FINALLY ORDERED that all pending hearings in this case are vacated.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

2

1   Submitted by:

2

3   _Cecilia L. Rosenauer_
    CECILIA L. ROSENAUER

4

5   APPROVED/DISAPPROVED

6

7   _____
    JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11  _____
    KAAREN THOMAS, ESQ.

12  APPROVED/DISAPPROVED

13

14  _____
    JENNIFER SMITH, ESQ.

15  APPROVED/DISAPPROVED

16

17  _____
    JAN CHUBB, ESQ.

18  APPROVED/DISAPPROVED

19

20  _____
    BARRY BRESLOW, ESQ.

21  APPROVED/DISAPPROVED

22

23  _____
    WILLIAM COSSITT, ESQ.

24  APPROVED/DISAPPROVED

25

26  _____
    AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1   Submitted by:

2

3   _CECILIA L. ROSENAUER_

4

5   APPROVED/DISAPPROVED

6

7   JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11  KAAREN THOMAS, ESQ.

12  APPROVED/DISAPPROVED

13

14  JENNIFER SMITH, ESQ.

15  APPROVED/DISAPPROVED

16

17  JAN CHUBB, ESQ.

18  APPROVED/DISAPPROVED

19

20  BARRY BRESLOW, ESQ.

21  APPROVED/DISAPPROVED

22

23  WILLIAM COSSITT, ESQ.

24  APPROVED/DISAPPROVED

25

26  AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1   Submitted by:

2

3   _CECILIA L. ROSENAUER_

4

5   APPROVED/DISAPPROVED

6

7   JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15

16   APPROVED/DISAPPROVED

17

18   IAN CHUBB, ESQ.

19   APPROVED/DISAPPROVED

20

21   BARRY BRESLOW, ESQ.

22   APPROVED/DISAPPROVED

23

24   WILLIAM COSSITT, ESQ.

25   APPROVED/DISAPPROVED

26

27   AMY TIRRE, ESQ.

28

CECILIA L. ROSENAUER
LTD
510 WEST PLUMB LANE
SUITE A
RENO NEVADA 89509
(775) 324 1011

3

1 | Submitted by:

2

3 | _Cecilia L. Rosenauer_
CECILIA L. ROSENAUER

4

5 | APPROVED/DISAPPROVED

6

7 | JEFFREY L. HARTMAN, ESQ.

8

9 | APPROVED/DISAPPROVED

10

11 | KAAREN THOMAS, ESQ.

12 | APPROVED/DISAPPROVED

13 | _Jennifer Smith_

14 | JENNIFER SMITH, ESQ.

15

16 | APPROVED/DISAPPROVED

17

18 | JAN CHUBB, ESQ.

19 | APPROVED/DISAPPROVED

20

21 | BARRY BRESLOW, ESQ.

22 | APPROVED/DISAPPROVED

23

24 | WILLIAM COSSITT, ESQ.

25 | APPROVED/DISAPPROVED

26

27 | AMY TIRRE, ESQ.

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1   Submitted by:

2

3   *Cecilia L. Rosenauer*

    CECILIA L. ROSENAUER

4

5   APPROVED/DISAPPROVED

6

7   JEFFREY L. HARTMAN, ESQ.

8

9   APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17   *Janet L. Chubb*

    JAN CHUBB, ESQ.

18   APPROVED/DISAPPROVED

19

20   BARRY BRESLOW, ESQ.

21   APPROVED/DISAPPROVED

22

23   WILLIAM COSSITT, ESQ.

24   APPROVED/DISAPPROVED

25

26   AMY TIRRE, ESQ.

27

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

28

                                3

1    Submitted by:

2

3    _Cecilia L. Rosenauer_
     CECILIA L. ROSENAUER
4

5    APPROVED/DISAPPROVED

6

7    _____
     JEFFREY L. HARTMAN, ESQ.
8

9    APPROVED/DISAPPROVED

10

11   _____
     KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   _____
     JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17   _____
     JAN CHUBB, ESQ.
18   (APPROVED)/DISAPPROVED

19

20   _____
     BARRY BRESLOW, ESQ.
21
     APPROVED/DISAPPROVED
22

23   _____
     WILLIAM COSSITT, ESQ.
24
     APPROVED/DISAPPROVED
25

26   _____
     AMY TIRRE, ESQ.
27

28

CECILIA L. ROSENAUER,
LTD
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

3

1    Submitted by:

2

3    *Cecilia L. Rosenauer*
     CECILIA L. ROSENAUER

4

5    APPROVED/DISAPPROVED

6

7    JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10

11   KAAREN THOMAS, ESQ.

12   APPROVED/DISAPPROVED

13

14   JENNIFER SMITH, ESQ.

15   APPROVED/DISAPPROVED

16

17   JAN CHUBB, ESQ.

18   APPROVED/DISAPPROVED

19

20   BARRY BRESLOW, ESQ.

21   (APPROVED)/DISAPPROVED

22

23   *William Cossitt*
     WILLIAM COSSITT, ESQ.

24   APPROVED/DISAPPROVED

25

26   AMY TIRRE, ESQ.

27

28

CECILIA L. ROSENAUER,
LTD.
610 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89469
(775) 324-1011

3

1    Submitted by:

2

3    *Cecilia L. Rosenauer*
     _____

4    CECILIA L. ROSENAUER

5    APPROVED/DISAPPROVED

6

7    _____
     JEFFREY L. HARTMAN, ESQ.

8

9    APPROVED/DISAPPROVED

10    _____

11    KAAREN THOMAS, ESQ.

12    APPROVED/DISAPPROVED

13

14    _____
     JENNIFER SMITH, ESQ.

15    APPROVED/DISAPPROVED

16

17

18    _____
     JAN CHUBB, ESQ.

19    APPROVED/DISAPPROVED

20

21    _____
     BARRY BRESLOW, ESQ.

22    APPROVED/DISAPPROVED

23

24    _____
     WILLIAM COSSITT, ESQ.

25    APPROVED/DISAPPROVED

26    *Amy Tirre*

27    _____
     AMY TIRRE, ESQ.

28

CECILIA L. ROSENAUER,
LTD.
510 WEST PLUMB LANE
SUITE A
RENO, NEVADA 89509
(775) 324-1011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

I certify that this is a true copy.

Deputy Clerk, Bankruptcy Court

REC'D